**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Northern District of Oklahoma | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arrow Trucking Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**73-0764029** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4230 S. Elwood Avenue**<br>**Tulsa, OK**  ZIP Code **74107** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Tulsa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**C/O David Rhoades, TAP 918.728.3340**<br>**401 S. Boston, Suite 2200**<br>**Tulsa, OK**  ZIP Code **74103** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Arrow Trucking Company*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  *- None -* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  *- None -* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | ***Arrow Trucking Company*** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor | X _____ Signature of Foreign Representative |
| X _____ Signature of Joint Debtor | _____ Printed Name of Foreign Representative |
| _____ Telephone Number (If not represented by attorney) | _____ Date |
| _____ Date | |

### Signature of Attorney*

X  ***/s/ Mark A. Craige OBA***
Signature of Attorney for Debtor(s)

**Mark A. Craige OBA #1992**
Printed Name of Attorney for Debtor(s)

**MorrelSaffaCraige**
Firm Name

**3501 S. Yale Avenue**
**Tulsa, OK 74135**
Address

**mark@law-office.com; aashley@law-office.com**
**918-664-0800  Fax: 918-663-1383**
Telephone Number

**January  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  ***/s/ C. David Rhoades***
Signature of Authorized Individual

**C. David Rhoades**
Printed Name of Authorized Individual

**Chief Liquidation Officer**
Title of Authorized Individual

**January  8, 2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

SPECIAL MEETING
OF
BOARD OF DIRECTORS OF
ARROW TRUCKING CO.
BY UNANIMOUS CONSENT OF BOARD OF DIRECTORS

Pursuant to the authority granted in Section 1027(F) of the Oklahoma General Corporation Act, the undersigned, being all of the members of the Board of Directors of Arrow Trucking Co., an Oklahoma corporation (the "Corporation"), hereby waive any required notice, authorize and adopt the following resolutions, consent to the actions authorized and taken in the following resolutions, and understand and intend that the following resolutions shall have the same force and effect as if adopted by the affirmative vote of the annual meeting of the Board of Directors held on the date of this Unanimous Consent, and attended by the undersigned sole director:

**RESOLVED**, that the resignation of J. Douglas Pielsticker as President, CEO and member of the board of directors of the Corporation is hereby accepted.

**RESOLVED**, that C. David Rhoades is hereby appointed and elected as the Chief Liquidation Officer of the Corporation (the "CLO"), and is hereby authorized to take such actions as may be appropriate to cause the Corporation to seek relief under chapter 7 of the United States Bankruptcy Code. The CLO is further authorized to hire Mark Craige of the law firm of Morrel, Saffa, Craige, P.C. as bankruptcy counsel to represent the Corporation in the bankruptcy case. The CLO is further authorized to (i) file a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code for the Corporation; (ii) prepare and file any other documents and pleadings required of a debtor under the Bankruptcy Code; (iii) attend the meeting of creditors in the bankruptcy case on behalf of the Corporation, and (iv) otherwise act on behalf of the Corporation in connection with the bankruptcy case where the attendance of a representative of the Corporation is required by applicable law or the court.

**DATED** this 8th day of January, 2010.

_Carol M. Pielsticker_
Carol M. Pielsticker, Sole Director

# SPECIAL MEETING
# OF
# SOLE-SHAREHOLDER OF
# ARROW TRUCKING CO.

Pursuant to the authority granted in 18 O.S. § 1073, the undersigned, being the sole shareholder of Arrow Trucking Co., an Oklahoma corporation (the "Corporation"), entitled to vote at a special meeting of shareholders hereby waives any required notice, and authorizes and adopts the following resolutions and consents to the actions authorized and taken in the following resolutions, and understands that the following resolutions have the same force and effect as if adopted by an affirmative vote of the undersigned shareholder at an annual or special meeting of the shareholder, to be held on the date of this memorandum and attended by the undersigned sole-shareholder:

**RESOLVED**, that the board of directors of the Corporation is hereby authorized to accept the resignation of J. Douglas Pielsticker as President, CEO and member of the board of directors of the Corporation.

**RESOLVED**, that Carol M. Pielsticker, as sole-director of the Corporation, is hereby authorized to appoint and elect C. David Rhoades as the Chief Liquidation Officer of the Corporation (the "CLO"). The CLO shall be authorized to:

a) Take such actions as may be appropriate to cause the Corporation to seek relief under chapter 7 of the United States Bankruptcy Code;

b) Hire Mark Craige of the law firm of Morrel, Saffa, Craige, P.C. as bankruptcy counsel to represent the Corporation in the bankruptcy case;

c) File a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code for the Corporation;

d) Prepare and file any other documents and pleadings required of a debtor under the Bankruptcy Code;

e) Attend the meeting of creditors in the bankruptcy case on behalf of the Corporation, and

f) Otherwise act on behalf of the Corporation in connection with the bankruptcy case where the attendance of a representative of the Corporation is required by applicable law or the court.

**DATED** this 8th day of January, 2010.

        **PIEL CORP.**, an Oklahoma corporation

        By: *Carol M. Pielsticker*

        Name: Carol M. Pielsticker

        Title: Chairman of the Board of Directors

ACS Expedited Solutions d/b/a Truckload
1819 Denver West Drive
Building 26, Suite 400
Lakewood CO 80401

Aerote, Inc. d/b/a Aerotek Commercial St
7301 Parkway Drive
Hanover MD 21076

Altura Insurance Group
1 West Third Street
Suite 1200
Tulsa OK 74103

American Express
P.O. Box 981540
El Paso TX 79998

American Towing Alliance
1004 W. Foothill Blvd. Suite 101
Upland CA 91786

ATC Freightliner Group, LP
5104 West 60th Street
Tulsa OK 74107

Attorney General of State of Oklahoma
313 NE 21st St
Oklahoma City OK 73105-3207

Attorney General of the United States
10th St & Constitution Ave NW
Washington DC 20530

Bandag Incorporated
2905 N. Hwy. 61
Muscatine IA 52761-5886

Bridgestone Americas Holding, Inc.
P.O. Box 140990
Nashville TN 37214-0990

Bright Truck Leasing, LP
3115 Denton Drive
Garland TX 75041

California First Leasing Corporation
18201 Van Karman Avenue
Suite 800
Irvine CA 92612

Carol Pielsticker
c/o James Sturdivant
100 W. 5th Street, Suite 1100
Tulsa OK 74103

Center Capital Corporation
3 Farm Glen Boulevard
Farmington CT 06032

Citizens Bank of Oklahoma
c/o Genter Drummond
Drummond Law Office
1500 South Utica Avenue, Suite 400
Tulsa OK 74104

City of Tulsa
175 E. 2nd Street
Suite 690
Tulsa OK 74103

Daimler Chrysler Services
P.O. Box 9223
Farmington Hills MI 48333-9223

Dell Financial Services LP
12234 N IH 35
BLDG B
Austin TX 78753

Dothan Tarpaulin Products, Inc.
6275 S U S 231
Dothan AL 36301-7875

Fast Lane Service Center
27 Midstate Drive
Auburn MA 01501

Fraud & Forensic Investigations, LLC
401 S. Boston, Suite 2200
Tulsa OK 74103

Freightliner, LLC
4747 Channel Avenue
Portland OR 97217

General Electric Capital Corporation
8001 Ridgepoint Drive
Irving TX 75063

Ideleaire Technologies
410 N. Cedar Bluff Road
Suite 200
Knoxville TN 37923

Internal Revenue Service
Chief/Special Procedures
55 No Robinson Stop 5024
Oklahoma City OK 73102

Internal Revenue Service

IRS Atty General of the U S
10th St & Constitution Ave NW
Washington DC 20530

IRS District Director
Chief SPF/Stop 5020
55 North Robinson
Oklahoma City OK 73102

James Douglas Pielsticker
1550 E. 27th St.
Tulsa OK 74114

Jeffery Weston Shields
Jones Waldo et al
170 S. Main St., Suite 1500
Salt Lake City UT 84101

Lane Gorman Trubitt, LLP
2626 Howell Street
Suite 700
Dallas TX 75204

Megan Corp.
c/o James Pielsticker
1550 E. 27th St.
Tulsa OK 74114

Michelin North America, Inc.
1 Parkway S.
Greenville SC 29615

Mike King & Jerry Gunter
Winters King & Associates
2448 E. 81st Street, Suite 5900
Tulsa OK 74137

Navistar
4201 Winfield Road
Warrenville IL 60555

Oklahoma Employment Security Commission
2401 No Lincoln Ste 511
P O Box 53039
Oklahoma City OK 73152-3039

Oklahoma Tax Commission
Bankr Sec/Gen Counsel's Ofc
P O Box 269060
Oklahoma City OK 73126-9060

Oklahoma Tax Commission
Post Office Box 26800
Oklahoma City OK 73126-0800

Oklahoma Turnpike Authority (Pike Pass)
4401 W. Memorial Rd
Suite 130
Oklahoma City OK 73134

Peoples Bank
P.O. Box 5000
Tulsa OK 74150

Piel Corporation
c/o James Pielsticker
1550 E. 27th St.
Tulsa OK 74114

Qualcomm, Inc.
5775 Morehouse Drive
San Diego CA 92121

Randall G. Vaughn
Pray, Walker et al
100 W. 5th Street, Suite 900
Tulsa OK 74103

Republic Bank
801 North 500 West
West Bountiful UT 84087

Sanford Baumeister & Frazier, PLLC
512 Main Street
Suite 1500
Fort Worth TX 76102

State of Arizona ex rel
Christina Urias, Director of Insurance
c/o Terry Goddard Asst. Atty General
1275 W. Washington Street
Phoenix AZ 85007

Steven Upchurch, personal representative
of Ian Upchuch
c/o Ryan M. Oldfield
4808 N. Classen Blvd.
Oklahoma City OK 73118

Swift Transportation Company, Inc.
2200 S. 75th Avenue
Phoenix AZ 85043

TMW Systems, Inc.
21111 Chagrin Blvd.
Beachwood OH 44122

Transport International Pool, Inc.
530 East Swedesford Road
Wayne PA 19087

Transportation Alliance Bank
Attn: Curtis Sutherland
4185 Harrison Blvd., Suite 200
Ogden UT 84403

Transportation Clearing House - TCH- Roa
4185 Harrison Blvd
Suite 202
Ogden UT 84403

Transportes Mucino, S.A. DE C.V.
8422 AMPARAN RD
LAREDO TX 78045-1808

Tulsa County
500 S. Denver
Tulsa OK 74103

Wells Fargo Equipment Finance Inc.
733 Marquette Avenue
Minneapolis MN 55402