UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re:   ARROW TRUCKING CO.,            )
                                         )         Case No. 10-10041
             Debtor.                     )         Chapter 7

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kevin P. Doyle of Pray Walker, P.C., 100 W. 5th Street, Suite 900, Tulsa, Oklahoma 74103, represents Transportation Alliance Bank, Inc., creditor of the Debtor.

The undersigned hereby enters his appearance pursuant Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002.  All such notices should be addressed as follows:

Kevin P. Doyle
Pray Walker, P.C.
100 W. 5th Street, Suite 900
Tulsa, OK  74103

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any applications, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone or otherwise filed with regard to the above case and proceeding therein.


Respectfully submitted,

s/ Kevin P. Doyle
Kevin P. Doyle, OBA #13269
Pray Walker, P.C.
100 W. 5th Street, Suite 900
Tulsa, OK  74103
(918) 581-5500 (Phone)
(918) 581-5599 (Fax)
kdoyle@praywalker.com
*Attorneys for Transportation*
 *Alliance Bank, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2010, a file-stamped copy of the foregoing *Notice of Appearance and Request for Notices and Service of Papers* was transmitted electronically to those listed on the electronic notice of filing.

s/ Kevin P. Doyle
Kevin P. Doyle