IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: | ) |
| | ) |
| ARROW TRUCKING | ) Case No. 10-10041-R |
| COMPANY, EIN # xx-xxx4029 | ) Chapter 7 |
| | ) |
| MEGAN CORPORATION, | ) |
| EIN #xx-xxx6762 | ) |
| | ) |
| Debtor | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| DCFS USA LLC, | ) |
| | ) |
| Appellant | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| PATRICK J. MALLOY III, TRUSTEE, | ) |
| for Arrow Trucking Company and | ) |
| Megan Corporation | ) |
| | ) |
| Appellee. | ) |
| | ) |

## NOTICE OF APPEAL

DCFS USA LLC, the Appellant appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge Substantively Consolidating Arrow Truck Leasing Company entered herein on the 22nd day of June, 2010.

The names of all parties to the judgment, order, or decree appealed from and the names addresses, and telephone numbers of their respective attorneys are as follows:

DCFS USA LLC ("DCFS")

Counsel for DCFS:

Stephen J. Moriarty (OBA#6410)
FELLERS, SNIDER, BLANKENSHIP,
     BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:    (405) 232-0621
Telecopy:    (405) 232-9659
E-mail: smoriarty@fellerssnider.com


City National Bank (CNB)

CNB's Counsel:

Robert J. Campbell, Jr., (OBA#4151)
Corporate Tower, Thirteen Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
rjcampbell@phillipsmurrah.com


Melvin R. McVay, Jr., (OBA#6096)
Corporate Tower, Thirteen Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
mrmcvay@phillipsmurrah.com


Navistar Financial Corporation (Navistar)

Counsel for Navistar

Steven W. Bugg (OBA#1299)
McAfee & Taft
211 North Robinson, 10th Floor,
Two Leadership Square
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439

steven.bugg@mcafeetaft.com

TRUSTEE

Counsel for the Trustee:

Patrick J. Malloy III, (OBA#5647)
MALLOY LAW FIRM, P.C.
111 West Fifth Street, Suite 700
Tulsa, Oklahoma 74103-4261
Telephone: (918) 747-3491
Facsimile: (918) 743-6103

Dated: June 6, 2010.

/s/ Stephen J. Moriarty
Stephen J. Moriarty (OBA#6410)
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:     (405) 232-0621
Telecopy:      (405) 232-9659
E-mail: smoriarty@fellerssnider.com

and

Kim Patterson Gage, Pro Hac Vice
Randy Mroczynski, Pro Hac Vice
Cooksey, Toolen, Gage, Duffy & Woog
525 Anton Blvd., Tenth Floor
Costa Mesa, CA 92626

ATTORNEYS FOR: DCFS USA, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6th, 2010, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to:

Patrick J. Malloy, III – malloylawfirm@sbcglobal.net

      /s/ Stephen J. Moriarty
      Stephen J. Moriarty