UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
July 15, 2010

| | |
|---|---|
| IN RE: | CASE NO. 10-10041-R |
| | Chapter 7 |
| ARROW TRUCKING COMPANY | |
| EIN # xx-xxx4029 | |
| | |
| MEGAN CORPORATION | |
| EIN # xx-xxx6762 | |
| | |
| ARROW TRUCK LEASING COMPANY | |
| EIN #xx-xxx0451 | |
| | |
| ARROW TRUCK REAL ESTATE COMPANY | SUBSTANTIVELY CONSOLIDATED |
| EIN #xx-xxx0454 | |
| | |
| Debtors. | |
| | |
| PATRICK J. MALLOY III, TRUSTEE | |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| JULIE K. HARRIS | ADVERSARY NO. 10-01017-R |
| dba AMERICAN GOLD SECURITY | |
| | |
| Defendants. | |

## DEFAULT JUDGMENT

Before the Court is the Motion for Default Judgment filed by the Plaintiff Patrick J. Malloy III, Trustee (the "Trustee"), on the 30th day of June, 2010, (the "Motion"). On February 19, 2010, the Trustee filed the Complaint seeking to recover alleged preferential payments pursuant to 11 U.S.C. §§ 547 and 550

(the "Complaint").  On April 26, 2010, the Trustee filed an Amended Complaint again seeking recovery of alleged preferential payments pursuant to 11 U.S.C. §§ 547 and 550 (the "Amended Complaint").  On June 22, 2010, the Clerk of the Bankruptcy Court entered an Entry of Default against the Defendant pursuant to Federal Rule of Civil Procedure 55(a), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7055.  The Trustee now seeks an entry of default judgment against the Defendant pursuant to Federal Rule of Civil Procedure 55(b).

The Court, having reviewed the pleadings in the adversary proceeding, the Chapter 7 case of the Defendant, Case No. 10-01017-R, and the relevant legal authorities, and being fully advised, finds that default judgment should be entered against the Defendant because the Defendant received preferential payments in the amount of $10,000.00 during the 90 days prior to the filing of the underlying bankruptcy case 10-10041-R.

Based upon the allegations contained in the Amended Complaint and the Defendant's failure to answer the Amended Complaint, the Court finds that Trustee has established his case as a matter of law.  The Trustee's Motion is therefore granted and judgment is entered against the Defendant for the sum of $10,000.00 pursuant to 11 U.S.C. §§ 547 and 550.

SO ORDERED this 15th day of July, 2010.

DANA L. RASURE
UNITED STATES BANKRUPTCY JUDGE

- 3 -

Submitted by:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
111 West 5th Street, Suite 700
Tulsa, Oklahoma  74103-4261
Telephone:  918-747-3491
Fax:          918-743-6103
ATTORNEYS FOR PLAINTIFF